## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARL MOSS, Inmate #B18364,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO. 04-545-MJR |
| **PATRICIA THOMPSON,** *et al.*, | ) ) ) |
| **Defendants.** | ) ) |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This action comes before the Court on Plaintiff's motion to show cause (Doc. 6). He claims Defendants should be held in contempt for their failure to comply with the Court's order directing collection of the filing fee (*see* Doc. 4). However, the Court now has received Plaintiff's initial partial filing fee; therefore, this motion is **DENIED**.

Also before the Court is Plaintiff's motion to Stay Proceedings (Doc. 9). Plaintiff states that he seeks additional time to file his amended complaint. For this reason, the Court will construe Plaintiff's motion as a motion for an extension of time to file his amended complaint. Plaintiff's motion for an extension of time to file his amended complaint is **GRANTED**. Plaintiff shall file his amended complaint *within thirty (30) days* from the date of this order.

IT IS SO ORDERED.

DATED this 9th day of May, 2005.

s/ Michael J. Reagan  
**MICHAEL J. REAGAN**  
**United States District Judge**